**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 759 MAL 2018

         Respondent           :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court

         v.                     :

                                 :

SHAWN FREEMORE,            :

                                 :

         Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.